IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| STATE OF GEORGIA; <br> VERLEY MATTHEW CRAPS; <br> GARVIS DEWAYNE CHRISTY, Deputy; <br> and KELLIE KENNER MCINTYRE, <br> Solicitor General of State Court, <br><br> Plaintiffs, <br><br> v. <br><br> RONNIE DEMMONS, a/k/a <br> NEGUS KWAME FAHIM ASIEL-DEY, <br> a Man, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CV 116-204 |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** the complaint, and **CLOSES** this civil action.

SO ORDERED this 7th day of March, 2017, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA